

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00559-CR

Carmelina Ornelas **VALENZUELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10726
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED April 8, 2015.

_____
Rebeca C. Martinez, Justice